```
1  BESS M. BREWER, #100364
   LAW OFFICE OF
2  BESS M. BREWER & ASSOCIATES
   P.O. Box 5088
3  Sacramento, CA 95817
   Telephone: (916) 454-3111
4  Facsimile: (916) 454-3131

5  Attorneys for Plaintiff
```

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| CHARLOTTE A. BROWN | ) | Case No. CIV-09-3125 GGH |
|---|---|---|
| | ) | |
| Plaintiff, | ) | **STIPULATION AND ORDER EXTENDING PLAINTIFF'S TIME TO FILE MEMORANDUM IN SUPPORT OF SUMMARY JUDGMENT** |
| v. | ) | |
| MICHAEL J. ASTRUE<br>**Commissioner of Social Security**<br>**of the United States of America,** | ) | |
| Defendant. | ) | |

IT IS HEREBY STIPULATED by and between the parties, through their attorneys, and with the permission of the Court as evidenced below, that the Plaintiff's time to file the summary judgment in this case is hereby extended from June 14, 2010, to August 27, 2010. This is Plaintiff's first extension and is required due to Plaintiff's counsel's impacted briefing schedule.

////

////

////

1

| | |
|---|---|
| Dated: June 14, 2010 | */s/Bess M. Brewer*<br>BESS M. BREWER<br>Attorney at Law |
| | Attorney for Plaintiff |
| Dated: June 14, 2010 | Benjamin B. Wagner<br>United States Attorney |
| | */s/Elizabeth Firer*<br>ELIZABETH FIRER<br>Special Assistant U.S. Attorney |
| | Attorney for Defendant |

**ORDER**

No further extensions will be approved.

APPROVED AND SO ORDERED.

DATED: June 18, 2010      /s/ Gregory G. Hollows
                                            _____
                                            GREGORY G. HOLLOWS
                                            U.S. MAGISTRATE JUDGE

brown3125.eot